UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

RICHARD ABONDOLO, as Chairman of the : Case No. 07-cv-4850(AKH)
Board of Trustees of UFCW LOCAL 50 : ECF CASE
WELFARE TRUST FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 PENSION TRUST :
FUND; RICHARD ABONDOLO, as Chairman of :
the Board of Trustees of UFCW LOCAL 342 :
HEALTH CARE FUND; RICHARD ABONDOLO,:
as Chairman of the Board of Trustees of UFCW :
LOCAL 342 ANNUITY FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW INTERNATIONAL UNION :
AND INDUSTRY PENSION FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 SEVERANCE :
FUND; RICHARD ABONDOLO, as Chairman of :
the Board of Trustees of UFCW LOCAL 342 :
SAFETY-EDUCATION-CULTURAL FUND; :
RICHARD ABONDOLO, as Chairman of the :
Board of Trustees of UFCW LOCAL 342 LEGAL :
FUND; and RICHARD ABONDOLO, as Chairman :
of the Board of Trustees of UFCW LOCAL 342 :
INDEPENDENT WELFARE FUND, : **AFFIDAVIT OF SERVICE OF**
: **ORDER TO SHOW CAUSE**
Plaintiffs, :
:
-against- :
:
SIEGMUND STRAUSS, INC., :
:
Defendant. :
———————————————————————X

STATE OF NEW JERSEY )
                    ss.:
COUNTY OF UNION    )

Lori J. Kalinowski, of full age, hereby deposes and says:

1. I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for Plaintiffs in the within action.

1

2. On June 7, 2007, I caused this Affidavit along with Plaintiffs' executed Order to Show Cause; Affirmation of Andrew John Calcagno, Esq. with exhibits; Affidavit of George Leventis; and Memorandum of Law; Complaint with exhibits and Rule 7.1 Statement to be timely delivered to the Honorable Alvin K. Hellerstein, United States District Judge via ECF.

3. Further, on June 7, 2007, I caused this Affidavit along with Plaintiffs' executed Order to Show Cause; Affirmation of Andrew John Calcagno, Esq. with exhibits; Affidavit of George Leventis; and Memorandum of Law; Complaint with exhibits; Rule 7.1 Statement; Summons; and Civil Cover Sheet to be served upon the following Defendant, via Federal Express Standard Overnight:

Mr. Henry Strauss
Siegmund Strauss, Inc.
Defendant
110 E. 149th Street
Bronx, NY 10451

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated:   June 7, 2007

_____
LORI J. KALINOWSKI

Sworn and subscribed to before me
this 8th day of June, 200__

_____
Notary Public

MY COMMISSION EXPIRES
MAY 25, 2009