# EXHIBIT "A"

At an IAS Part __14__ of the
Supreme Court of the State of
New York, held in and for
the County of Nassau, at the
Courthouse, located at 100
Supreme Court Drive,
Mineola, New York on the _5_
day of __June__, 2007

Present: Hon. __LEONARD B. AUSTIN__, J.S.C.

-----------------------------------X
                                   :
S. STRAUSS, INC.,                  :
                    Petitioner,    :        **ORDER TO SHOW**
                                   :        **CAUSE**
        -against-                  :
                                   :        Index No. 07/ __009591__
UNITED FOOD AND COMMERCIAL WORKERS :
UNION, LOCAL 342,                  :        Purchased May 31, 2007
                    Respondent.    :        June 1, 2007
-----------------------------------X        Austin

PART 75

UPON reading the annexed Verified Petition, verified on the 30th day of May, 2007, with exhibits annexed thereto; the Memorandum of Law submitted herewith; and upon all of the papers and proceedings heretofore had herein;

LET the Respondent or its attorneys show cause before Justice __L.B. Austin__ of __100 Supreme Court Dr., Mineola, NY__ the Supreme Court of the State of New York, held in and for the County of Nassau at IAS Part __14__ to be held at the Courthouse located at 100 Supreme Court Drive, Mineola, New York, on the __29th__ day of June, 2007 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard, why an Order should not be made and entered staying an arbitration currently demanded by the Respondent, as the matter concerns the representation of employees and the rights of employees pursuant to §7 of the National Labor Relations Act and is subject to the Primary if not preemptive Jurisdiction of the National Labor Relations Board..

SUFFICIENT CAUSE BEING ALLEGED THEREFORE, it is hereby ORDERED that pending the hearing of *DETERMINATION* this motion, the previously demanded arbitration is hereby stayed.

IT IS FURTHER ORDERED, that service via Federal Express of a copy of this Order to Show Cause *and Petition*, With Index Number and Filing Date Endorsed Thereon together with the papers upon which it is based, on Respondents in-house Counsel, Ira D. Wincott, Esq. at 166 East Jericho Turnpike, Mineola, New York 11501, *with a copy to* and upon the American Arbitration Association *by overnight mail* on or before the 5 day of June, 2007 be deemed good and sufficient service.

ENTER

_____
J.S.C.

Pursuant to 22 N.Y.C.R.R. 1301.1 – a, I certify that, to the best of my knowledge, the contentions contained herein are not frivolous.

_____
Richard M. Howard

ORDERED THAT COUNSEL AND THE PARTIES ARE DIRECTED TO APPEAR ON THE RETURN DATE HEREOF OR ANY ADJOURNED DATE

Rich/Siegmund/osc.401900

2