# EXHIBIT "E"



**LOCAL 342 UFCW**
*a VOICE for working America*

Richard Abondolo
President

Michael Mareno
Secretary-Treasurer

Lisa O'Leary
Recording Secretary
Director of Organization

May 14, 2007

Via Fax & Certified Mail
7006 2760 0003 0038 2099

Siegmund Strauss 7245
520 Exterior Street
Bronx, New York 10451
Attention: Mr. Stanley Mayer

Dear Mr. Mayer:

This communication will confirm the pendency of a grievance involving our members in **Siegmund Strauss**.

Let this communication also serve as a request for a written and detailed explanation of the incident. Our Collective Bargaining Agreement provides that a meeting shall be held between the Employer and a Representative of the Union in an effort to resolve such dispute. In the event we are unable to amicably settle this dispute this matter will be determined by an Arbitrator as set forth in our Collective Bargaining Agreement.

Please take further notice that, pursuant to the provisions of Section § 7503 (c) of the CPLR, unless you apply to stay the arbitration within twenty (20) days after service of this notice, you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in Court the bar of any limitation of time.

You may consider this communication as the Union's notice to arbitrate the dispute concerning the violation of the Collective Bargaining Agreement, including, but not limited to **Article 3 – Hiring New Men or Replacements**.

Sincerely,

Sandra Diaz
Union Representative

SD:mr

540 W. 48th Street • New York, NY 10036 • 212-307-7007 • Fax 212-307-9390