# EXHIBIT "F"



Richard Abondolo
President

Michael Moreno
Secretary-Treasurer

Lisa O'Leary
Recording Secretary
Director of Organization

May 30, 2007

<u>*VIA FACSIMILE (718)585-3141 & CERTIFIED MAIL R/R/R*</u>
Siegmund Strauss
520 Exterior Street
Bronx, New York 10451
Attention: Mr. Stanley Mayer

Dear Mr. Mayer:

 Please be advised that the undersigned is General Counsel to UFCW Local 342.

 This will confirm the pendency of a group grievance at your store due to your multiple violations of the Collective Bargaining Agreement.

 Let this communication also serve as a request for a written and detailed explanation of the incidences.

 Our Collective Bargaining Agreement provides that if an adjustment cannot be reached within two (2) days after the grievances are submitted the matter will proceed to arbitration. The grievances in question were presented to you and your representatives orally nearly one (1) week ago.

 Please take notice, that pursuant to the provisions of Section 7503 (c) of the CPLR, unless you apply to stay the arbitration within twenty (20) days after service of this notice, you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in Court the bar of any limitation of time.

 You may consider this communication as the Union's Notice to Arbitrate the disputes concerning the violations of the Collective Bargaining Agreement, including but not limited to Articles 1, 2, 4, 5, 6, 8, 14, 15, 16, 17, 18, 19, 21, 26 and 28. As you are well aware, the parties have been discussing these outstanding issues for nearly one (1) week and plan to proceed to arbitration immediately.

Very truly yours,

IRA D. WINCOTT, ESQ.
General Counsel

IDW:mh

166 East Jericho Tpke. • Mineola, NY 11501 • 516-747-5980 • Fax 516-747-7961

cc: Jonathan Farrell – Via Fax: (516) 747-2956
Lisa O'Leary
Bob Lazzaro
Sandra Diaz
Dave Young



**Richard Abondolo**
President

**Michael Mareno**
Secretary-Treasurer

**Lisa O'Leary**
Recording Secretary
Director of Organization

June 1, 2007

**VIA FACSIMILE: (718) 585-3141 & CERTIFIED MAIL – R/R/R**
Siegmund Strauss
520 Exterior Street
Bronx, New York 10451
Attn: Stanley Mayer

      Re:  UFCW Local 342 v. Sigmund Strauss, Inc.
           Multiple violations of the Collective Bargaining Agreement
           Our File #: 20-0125

Dear Mr. Mayer:

    Please be advised that the undersigned is General Counsel to UFCW Local 342. Enclosed herein please find the Union's Demand for Arbitration filed with the American Arbitration Association with regards to the above-entitled matter.

    PLEASE TAKE NOTICE, that a copy of the Demand has been filed with the American Arbitration Association with a request that you immediately proceed with the designation of an Arbitrator and scheduling of hearing pursuant to the Agreement between the parties.

    PLEASE TAKE FURTHER NOTICE, that pursuant to the provisions of § 7503 (c) of the CPLR, unless you apply to stay the arbitration within twenty (20) days after service of this notice, you shall thereafter be precluded from objecting that a valid Agreement was not made or has not been complied and from asserting in Court the bar of any limitation of time.

                                       Very truly yours,

                                       IRA D. WINCOTT, ESQ.
                                       General Counsel

IDW: mh
Enc.

cc:  American Arbitration Association – Via Fax: (212) 307-4387
      Jonathan Farrell, Esq. – Via Fax: (516) 237-2893
      Lisa O'Leary
      Bob Lazzaro
      Dave Young
      Sandra Diaz

**166 East Jericho Tpke. • Mineola, NY 11501 • 516-747-5980 • Fax 516-747-7961**

