# EXHIBIT "G"

# UFCW Local 342/174 Affiliated Trust Funds

166 East Jericho Turnpike Mineola, NY 11501 Ph. 516-747-5980 Fax 516-294-4608

VIA CERTIFIED RETURN RECEIPT REQUESTED AND REGULAR MAIL

June 7, 2007

Mr. Marc Strauss
Siegmund Strauss, Inc.                    Employer 7245
Bronx Terminal Market Stall #10
Bronx, NY 10451

RE:
- Local 342 Welfare Fund
- X Local 342 Independent Welfare Fund
- X Local 342 Safety Education & Cultural Fund
- X Local 342 Legal Fund
- Local 342 Annuity Fund
- Local 342 A & P Health & Welfare Fund
- Local 342 Pension Fund
- X Local 342 Health Care Fund
- Local 1 Joint Retirement Fund
- X Local 50 Pension Fund
- Local 635 Smoked Fish Retirement Fund
- Local 635 Fish, Seafood Workers Retirement Fund

Dear Mr. Strauss:

PLEASE TAKE NOTICE that, pursuant to the terms of the collective bargaining agreement between U. F.C.W. Local 342, AFL-CIO ("the Union") and your company, the Union/Fund hereby submits to arbitration the dispute concerning your failure and/or refusal to make proper and timely contributions and remit required reports to the above referenced Funds.

PLEASE TAKE FURTHER NOTICE that, pursuant to the provisions of the Employee Retirement Income Security Act of 1974, as amended, and the collective bargaining agreement, the Union/Fund will seek, at the arbitration hearing, an award of the contributions due, together with interest, liquidated damages, the costs of the arbitration, including the arbitrator's fee, attorneys' fees and injunctive relief.

PLEASE TAKE FURTHER NOTICE that a copy of this demand is being filed with John Kennedy, the Arbitrator designated under the collective bargaining agreement, with a request that he hold the hearing of this matter on June 27, 2007 at 9:00 AM at the offices of the Union/Fund, 166 East Jericho Turnpike, Mineola, New York, 11501. If your company fails to appear at the date and time specified herein, the Union/Fund will request that the Arbitrator proceed, notwithstanding the company's absence, to determine the controversy upon the evidence produced.

PLEASE TAKE FURTHER NOTICE that, pursuant to the provisions of C.P.L.R. §7503 (c), unless you apply to stay the arbitration within twenty (20) days of service of this Notice, you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with, and from asserting in court the bar of any limitation of time.

Very truly yours,

*Adrienne Wincott*
Adrienne Wincott
Funds Financial Administrator

cc: John Kennedy, Arbitrator
    Andrew Calcagno, Esq.