# EXHIBIT "H"

(Read More)



**Tuesday May 22, 2007**
**King Kullen Membership Meeting -**
**Keep the Lines of Communication Open**
On Monday May 14th, Local 342 held a meeting with its members from King Kullen, at the Uniondale Marriot. The meeting was very productive. Many members learned things about their company that were not known to them.
**(Read More)**



**Thursday May 24, 2007**
**Arbitration Update - Stop & Shop Seafood Managers -** The Stop & Shop Seafood Managers Arbitration proceedings continued on Tuesday May 22nd and Wednesday May 23rd. **(Read More)**

**Friday May 25, 2007**
**Rooftop Fire at Coach Leatherware Location -**
The Coach Leatherware facility located on 34th Street and 10th Avenue will be closed until Tuesday May 29th, due to a
rooftop fire of the building late yesterday. It has been reported that no Coach members were injured. The company has
set up a Hotline number for its employees to keep them updated of the situation. 1-866-594-1850.

- HOME
- NEGOTIATIONS
- COMPANY NEWS
- ARBITRATIONS
- 342 NEWSLINE
- SIGN UP NOW
- FEEDBACK
- PART-TIMERS
- GET ORGANIZED!
- JUST FOR FUN
- LINKS
- CONTACT US
- ESPANOL

**In the News**

**Contract Talk Hotlines**

A&P/Waldbaums 1-866-803-6444
Gristede's 1-866-803-6444
Pathmark 1-866-802-4994
Daitch Shopwell/Food Emporium 1-866-802-6222
King Kullen 1-866-802-6222
Waldbaums 1-866-802-6222
Pea Pod/Stop & Shop 1-866-802-0554
Small Independents 1-877-356-2211
Wholesale 1-866-384-8491
Call your Union Rep at these numbers



**Communicate with us via the Web**

You can send the Union information about news you've heard (rumors or otherwise) or any changes in your job conditions. Use it when you've got something to report. Click **FEEDBACK**.
Sign up for email updates, too, and the news comes direct to you. Click **SIGN UP NOW**.

**IMPORTANT NOTE**
This site is NOT for reporting grievance issues.
Report these issues to your Representative.

---

**Thursday May 3, 2007**
**Stop & Stop Membership Meeting Standing Strong** - As contract negotiations are fast approaching the support that the Union has from the members that are employed by Stop & Shop is clearly evident. The members have total faith in the Union, and the Union reciprocates



**Friday May 25, 2007**
**Shoprite Membership Meeting -**
**Unity in One Word... SHOPRITE**
Local 342 held a meeting with the Staten Island Shoprite members on Wednesday May 23rd. The purpose of this meeting was to make the members aware of some changes that are occurring within the two Staten Island locations.
**(Read More)**

this feeling one hundred percent. (Read More)

**Thursday May 3, 2007**
**Stop & Shop Seafood Arbitration -** Stop & Shop Corporate once again prove themselves to be the biggest bunch of liars that Local 342 has ever come into contact with. (Read More)

**Tuesday May 8, 2007**
**Protest Wal-Mart's NYC Healthcare Conference -**
"Stop the Wal-Mart Health Care Crisis" was the rallying cry from Local 342 members and members of other areas UFCW locals outside the Hilton Hotel (Manhattan) on Tuesday, May 8th. (Read More)

**Tuesday May 8, 2007**
**King Kullen – Going Pre-Packaged? Big Mistake! -**
King Kullen announced, last week, to Local 342 that effective July 1st they would be introducing new case ready product into its stores, In other words *pre-packaged meats*. Local 342 has five words for King Kullen: DON'T CHEAT ABOUT THE MEAT! (Read More)

**Wednesday May 9, 2007**
**King Kullen Pre-Pack Update -** After facing the looming prospect of Local 342's Don't Cheat About The Meat campaign, which Pathmark has faced in the past, King Kullen has decided to drop its proposal for pre-packaged meats. They announced, to Local 342, on May 8th that they would explore the opportunities of using Union vendors.

**Wednesday May 9, 2007**
**Gristedes Negotiations Update -** The Union reports that negotiations have been scheduled with Gristedes on May 23rd. In the mean time, ongoing discussions have been taking place between Local 342 and Gristedes management representatives.
(Read More)



IT PREVENTS THE WORST!
(5/9) Click the SAFETY FIRST icon above to view the Safety Awareness Program



(5/11) Click the WR icon above to find out what every Member should know

**Monday May 14, 2007**
**B. Rosen Negotiations – To Be Continued -**
Negotiations were held on May 11th between B. Rosen Representatives and Local 342. Discussions broke off in the late afternoon with no progress taking place during the negotiation. **(Read More)**

## Membership Meetings

**Thursday May 24, 2007**
**Area Membership Meetings -**
Additional Membership Meetings have been scheduled. Please check this section for your listed company. **(Read More)**

**Friday May 18, 2007**
**Boar's Head Members Overwhelmingly Approve New 4-Year Contract -**
Local 342 members, at the Boar's Head facility in Brooklyn, approved a new four-year contract today. This came after several weeks of tough bargaining with Boar's Head management. Several issues were critical: maintaining health care coverage with no contribution from the members, changing an unfair disciplinary system that Boar's Head was using to force people to work overtime, and of course the new wage increases.
**(Read More)**

**Thursday May 17, 2007**
**Corona Members Vote "*YES*" For New Contact -**
On Wednesday May 16th, Corona members voted unanimously in favor of the new contract. The ratification vote was held at all four Corona Meat Corporation locations. There was not one single negative vote opposing the new contract, which goes to show the unity of the Union members.

## Who We Are



**Your Neighborhood Union**
We work in front of customers and behind the scenes. Look for us stocking produce in a supermarket aisle, slicing a cut of beef before it is delivered to a grocery store, taking a child's temperature in a hospital, making the blue jeans your children wear to school or selling those jeans in a local department store. We are North America's Neighborhood Union—1.3 million members standing together to improve the lives and livelihoods of workers, families, and communities.

# Where We Work

**Supermarkets**
If you live in Hawaii, Florida, Fairbanks, AK, Prince Edward Island, or virtually any point in between, it is likely that you will buy food in a retail food store where we work...

**Packinghouses**
More then 100,000 of us work in meatpacking and meat processing plants across the great plains and in the South...

**Food Processing Plants**
The UFCW's food processing members make everything from pet food to ketchup to frozen dinners...

**Poultry Processing Plants**
If you've ever tried to catch a chicken, you know how difficult a job in a poultry plant can be...

**Retail Stores**
Nearly 80,000 of us work in retail stores. We work as salespersons, both salaried and commissioned, for companies that run the gamut from daily needs and essentials to those that cater to more upscale and urban tastes...

**Manufacturing**
The UFCW's manufacturing workers make everything from fertilizer to shoes. We number over 60,000 strong with 25,000 workers in chemical production and 20,000 who work in garment and textile industries...

**Other Industries**
We work in all kinds of stores and factories and service establishments. Some 35,000 of us work in chain and independent drug stores throughout North America...

you are here: Home » About UFCW » UFCW Products

**Select a Category**

Meat
Beverages
Bakery
Canned/Prepared Foods
Condiments
Household Products
Personal Products
Pet Products
Snacks
Baby, Child-Related Products
Clothing
Shoes
Miscellaneous
Leather Products
Yard and Garden
Dairy