UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
RICHARD ABONDOLO, as chairman of  :
the Board of Trustees of UFCW LOCAL
342 WELFARE FUND, et al.,         :

              Plaintiffs       :       **AFFIDAVIT OF SERVICE**

   -against-                            :       07 Civ. 4850 (AKH)

SIEGMUND STRAUSS, INC.,            :

             Defendants.     :
―――――――――――――――――――――X
STATE OF NEW YORK}
            } ss:
COUNTY OF NASSAU}

    Barbara Tsotsos, being duly sworn, deposes and says:

    That Deponent is not a party to this action, is over 18 years of age and resides at Merrick, New York.

    That on the 18$^h$ day of June 2007 Deponent served a Memorandum of Law upon and Affidavit in Opposition upon:

            Andrew Calcagno, Esq.
            Calcagno & Associates
           Spencer Savings Bank Building
            213 South Avenue East
           Cranford, New Jersey 07016

by depositing a true copy thereof, enclosed in a wrapper addressed as shown above, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery.

                                                   _____
                                                   Barbara Tsotsos

Sworn to before me this
18th day of June, 2007

_____
Notary Public

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES __/__/11