UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

RICHARD ABONDOLO, as chairman of the
The Board of Trustee of UFCW LOCAL
342 WELFARE FUND, et al.,

              Plaintiffs,

  -against-

SIEGMUND STRAUSS, INC.,

              Defendant.
_____X

**NOTICE OF CHANGE OF ADDRESS**

Docket No. 07Civ.4850 (AKH)

S I R S:

     **PLEASE TAKE NOTICE** that Richard M. Howard, Esq., attorney for the defendant in the above captioned action, is now a partner at Meltzer, Lippe, Goldstein, & Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501; telephone 516-747-0300; e-mail rhoward@meltzerlippe.com.

Dated:  Mineola, New York
       June 19, 2007

                            Meltzer, Lippe, Goldstein & Breitstone, LLP

                            By\_\_/s/ Richard M. Howard_____
                               Richard M. Howard (RMH-2932)
                            Attorneys for Defendants
                            190 Willis Avenue
                            Mineola, New York 11501
                            (516) 747-0300

403703-1