# NYS Department of State

# Division of Corporations

## Entity Information

Selected Entity Name: SIEGMUND STRAUSS, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | SIEGMUND STRAUSS, INC. |
| **Initial DOS Filing Date:** | FEBRUARY 10, 1967 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SIEGMUND STRAUSS, INC.
8 EXTERIOR ST.
BRONX, NEW YORK, 10451

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page