UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 50 WELFARE TRUST FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 50 PENSION TRUST FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 HEALTH CARE FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 ANNUITY FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW INTERNATIONAL UNION AND INDUSTRY PENSION FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 50 SEVERANCE FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 SAFETY-EDUCATION-CULTURAL FUND; RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 LEGAL FUND; and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 INDEPENDENT WELFARE FUND, | Case No. 07-cv-4850(AKH)(DFE)<br>ECF CASE |
| Plaintiffs, | |
| -against- | **AFFIDAVIT OF SERVICE OF REPLY AFFIRMATION** |
| SIEGMUND STRAUSS, INC., | |
| Defendant. | |

_____X

STATE OF NEW JERSEY  )
                                        ss.:
COUNTY OF UNION      )

 Nicole E. Maney, of full age, hereby deposes and says:

  1. I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for Plaintiffs in the within action.

1

2. On June 26, 2007, I caused this Affidavit along with Plaintiffs' Reply Affirmation with exhibit to be timely served upon the following via ECF and facsimile:

Meltzer Lippe
Richard Howard, Esq.
Attorneys for Defendant,
Siegmund Strauss, Inc.
190 Willis Avenue
Mineola, NY 11501
Fax: 516-747-0653

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated:    June 26, 2007

---
NICOLE E. MANEY

Sworn and subscribed to before me
this 26th day of June, 2007

Notary Public
MY COMMISSION EXPIRES
MAY 25, 2009