UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

RICHARD ABONDOLO, as chairman of
the Board of Trustees of UFCW LOCAL            :
342 WELFARE FUND, et al.,
                              Plaintiffs        :

        -against-                               :        07 Civ. 4850 (AKH)

SIEGMUND STRAUSS, INC.,                          :
                              Defendants.
------------------------------------------------X



        Notice is hereby given that Defendant, Siegmund Strauss, Inc., hereby appeals to the

United States Court of Appeals for the Second Circuit from each and every part of the order

dated July 3, 2007 and entered on or about ~~said date~~, which order, *inter alia,* denied injunctive

relief to Defendant.              *July 5, 2007*

Dated:  Mineola, New York
        July 23, 2007

                                Meltzer, Lippe, Goldstein & Breitstone, LLP

                                By _____
                                    Richard M. Howard (RMH-2932)
                                    Attorneys for Defendants
                                    190 Willis Avenue
                                    Mineola, New York 11501
                                    (516) 747-0300

cc:     Andrew Calcagno, Esq.

rich/Siegmund/Notice of Appeal.406840

406375-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————— X

RICHARD ABONDOLO, as chairman of
the Board of Trustees of UFCW LOCAL          :          07 Civ. 4850 (AKH)
342 WELFARE FUND, et al.,
                             Plaintiffs      :

          -against-                          :          **AFFIDAVIT OF SERVICE**

SIEGMUND STRAUSS, INC.,                      :
                             Defendants.

————————————————— X

STATE OF NEW YORK          )
                           )SS.:
COUNTY OF NASSAU           )

          Richard M. Howard, being duly sworn, deposes and says:

          That deponent is not a party to the action, is over 18 years of age and resides in Nassau
County, New York;

          That on July 23, 2007 deponent caused to be served a true and correct copy of the attached
NOTICE OF APPEAL, upon the following, by depositing a true copy of same, enclosed in a
wrapper, under the exclusive care and custody of the United States Postal Service within the State
of New York:

To:     Andrew Calcagno, Esq.
        213 South Avenue East
        Cranford, NJ 07016

                                                     _____
                                                     Richard M. Howard

Sworn to before me this 7th
day of August, 2007

_____
Notary Public
ANN DILLER
Notary Public, State of New York
No. 01DI4804319
Qualified in Nassau County
Commission Expires 5/31/2010

iManage:406165.1