UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

RICHARD ABONDOLO, as chairman of
the Board of Trustees of UFCW LOCAL   :
342 WELFARE FUND, et al.,
          Plaintiffs   :

    -against-   :   07 Civ. 4850 (AKH)

SIEGMUND STRAUSS, INC.,   :
          Defendants.
_____X

Notice is hereby given that Defendant, Siegmund Strauss, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the order dated July 3, 2007 and entered on or about ~~said date~~, which order, *inter alia*, denied injunctive relief to Defendant.

July 5, 2007

Dated: Mineola, New York
       July 23, 2007

                                          Meltzer, Lippe, Goldstein & Breitstone, LLP

                                          By_____
                                             Richard M. Howard (RMH-2932)
                                             Attorneys for Defendants
                                             190 Willis Avenue
                                             Mineola, New York 11501
                                             (516) 747-0300

cc:    Andrew Calcagno, Esq.

rich/Siegmund/Notice of Appeal.406840

406375-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X
RICHARD ABONDOLO, as chairman of
the Board of Trustees of UFCW LOCAL    :    07 Civ. 4850 (AKH)
342 WELFARE FUND, et al.,
          Plaintiffs    :

    -against-    :    **AFFIDAVIT OF SERVICE**

SIEGMUND STRAUSS, INC.,    :
          Defendants.
——————————————————X

STATE OF NEW YORK    )
                        )SS.:
COUNTY OF NASSAU    )

    Richard M. Howard, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York;

    That on July 23, 2007 deponent caused to be served a true and correct copy of the attached NOTICE OF APPEAL, upon the following, by depositing a true copy of same, enclosed in a wrapper, under the exclusive care and custody of the United States Postal Service within the State of New York:

To:    Andrew Calcagno, Esq.
        213 South Avenue East
        Cranford, NJ 07016

                                                             Richard M. Howard

Sworn to before me this 7th
day of August, 2007

        Notary Public
        ANN DILLER
Notary Public, State of New York
       No. 01DI4804319
   Qualified in Nassau County
  Commission Expires 5/31/2010

iManage:406165.1