**CALCAGNO & ASSOCIATES**
ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

———

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
*www.nynjlaw.net*

*ANDREW JOHN CALCAGNO*
*NY, NJ, PA & DC BARS*

*OF COUNSEL - NY*
*ALAN M. MCLAUGHLIN*
*JAMES M. O'DONNELL*
*ROSEMARY O'DONNELL*

**Please Reply To The Cranford, New Jersey Office**

August 15, 2007

**VIA FACSIMILE/FIRST CLASS MAIL**

Richard Howard, Esq.
Meltzer Lippe
190 Willis Avenue
Mineola, NY 11501

    Re:    **Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund, *et al*. v. Siegmund Strauss, Inc.**
           **Case No. 07-cv-4850(AKH)(DFE)**

Dear Mr. Howard:

    As you are aware, this firm represents the Plaintiffs in connection with the above-referenced matter. Pursuant to the Arbitration Award rendered on August 9, 2007, enclosed please find my attorneys' fees. Please remit payment upon your receipt of the invoice.

    Should you have any questions, please contact our office.

                        Very truly yours,

                        ANDREW JOHN CALCAGNO

AJC/nem
Encl.

---

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (212) 244-4100 | (718) 239-2500 | (718) 815-0200 | (718) 815-0200 |

**Andrew John Calcagno, Esq.**
CALCAGNO & ASSOCIATES ATTORNEYS AT LAW, LLC
213 South Avenue East
Cranford, NJ  07016

Invoice submitted to:
Siegmund Strauss, Inc.
c/o Richard Howard, Esq.
Meltzer Lippe
190 Willis Avenue
Mineola NY 11501

August 15, 2007

In Reference To: Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund *et al.* v. Siegmund Strauss, Inc.
Civil Case No. 07-cv-4850(AKH)(DFE)

Invoice #3029

Professional Services

| Date | | | Hrs/Rate |
|---|---|---|---:|
| 5/30/2007 AJC | Litigation<br>AJC/NEM: Research; Email to Don P.; Draft Complaint | | 5.00<br>375.00/hr |
| 6/5/2007 AJC | Litigation<br>AJC/NEM: Draft OTSC; Continue draft Complaint; Draft affidavit of George Leventis; email to George | | 5.00<br>375.00/hr |
| 6/6/2007 AJC | Litigation<br>AJC/NEM: Finalize Complaint; draft letter to Court; file Complaint via Messenger | | 1.10<br>375.00/hr |
| 6/7/2007 AJC | Litigation<br>AJC/NEM: copy & serve OTSC & supporting docs on Defendant via Federal Express Overnight | | 0.50<br>375.00/hr |
| 6/8/2007 AJC | Litigation<br>AJC/NEM: Conversation with Judge's chambers re: cannot file supporting docs via ECF because clerk did not put case into the system yet | | 0.20<br>375.00/hr |
| 6/12/2007 AJC | Litigation<br>AJC/NEM: Convert to PDF and file OTSC supporting docs via ECF | | 0.50<br>375.00/hr |
| AJC | Litigation<br>AJC/NEM: Draft Amended Complaint | | 1.50<br>375.00/hr |

Siegmund Strauss, Inc. Page 2

| Date | | Description | Hrs/Rate |
|---|---|---|---|
| 6/14/2007 | AJC | Litigation<br>AJC/NEM: Finalize Amended Complaint; file via FedEx & serve via Cert/RRR | 0.70<br>375.00/hr |
| 6/19/2007 | AJC | Litigation<br>Research re: brief in opposition to defendant's motion to stay O2SC. | 4.00<br>375.00/hr |
| 6/26/2007 | AJC | Litigation<br>AJC/NEM: Draft letter to Judge re: arbitration date not stayed | 0.20<br>375.00/hr |
| | AJC | Litigation<br>AJC/NEM: File Reply Brief; courtesy copy to Judge via FedEx; serve via ECF & fax | 0.40<br>375.00/hr |
| 7/3/2007 | AJC | Litigation<br>Prepared for oral argument for Order to Show Cause; conference with Ira Wincott, Esq. re: same; conference with adversary re: same; oral argument before Federal Judge Hellerstein; conference with Ira re: Notice to Arbitrate and subpoenas re: July 25 Arbitration. | 7.00<br>375.00/hr |
| | AJC | Litigation<br>AJC/NEM: Draft Notice to Arbitrate and Subpoena. | 1.00<br>375.00/hr |
| 7/5/2007 | AJC | Litigation<br>Review Notice to Arbitrate and Subpoena. | 0.50<br>375.00/hr |
| | AJC | Litigation<br>AJC/NEM: Finalize Notice to Arbitrate and Subpoena; draft letter to Richard Howard, Esq.; draft fax cover sheet; serve via fax & first class mail | 0.60<br>375.00/hr |
| 7/9/2007 | AJC | Litigation<br>AJC/NEM: Draft letter to adversary re: new location for Arbitration; serve via fax & first class mail | 0.20<br>375.00/hr |
| 7/16/2007 | AJC | Litigation<br>AJC/NEM: scan transcript; email to client | 0.20<br>375.00/hr |
| 7/23/2007 | AJC | Litigation<br>Conference with Ira Wincott; conference with Adrienne Wincott, Esq.; reviewed correspondence re: Appeal or Settle; conference with adv and Ira re: settlement. | 1.50<br>375.00/hr |

Siegmund Strauss, Inc.                          Page 3

| Date | | Description | Hrs/Rate |
|---|---|---|---|
| 7/25/2007 | AJC | Litigation<br>Prepare for Arbitration; attend Arbitration | 5.00<br>375.00/hr |

| | | | | |
|---|---|---|---|---|
| | | **For professional services rendered** | **35.10** | **$13,162.50** |

Additional Charges :

| Date | | Code | Description | Qty/Price |
|---|---|---|---|---|
| 6/6/2007 | AJC | E112 Court fees<br>Complaint Filing Fee | | 1<br>350.00 |
| | AJC | E131 Messenger<br>Messenger to Court to file OTSC & Complaint | | 1<br>125.00 |
| 7/3/2007 | AJC | E136 Tolls<br>Travel and Parking (Parking - $36, plus tolls) | | 1<br>42.00 |
| | AJC | E109 Local travel<br>Travel to/from Courthouse (60 miles @ .465 per mile) | | 60<br>0.47 |
| 7/25/2007 | AJC | E136 Tolls<br>Tolls to/from Arbitration | | 1<br>15.00 |
| | AJC | E109 Local travel<br>Travel to/from Arbitration (150 miles @ .465 per mile) | | 150<br>0.47 |
| 8/1/2007 | AJC | E128 Process Server<br>Fee to serve Complaint | | 1<br>75.00 |

| | |
|---|---|
| **Total additional charges** | **$704.65** |
| **Total amount of this bill** | **$13,867.15** |
| Balance due | $13,867.15 |