UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

RICHARD ABONDOLO, as Chairman of the
Board of Trustees of UFCW LOCAL 50
WELFARE TRUST FUND; RICHARD
ABONDOLO, as Chairman of the Board of
Trustees of UFCW LOCAL 50 PENSION TRUST
FUND; RICHARD ABONDOLO, as Chairman of
the Board of Trustees of UFCW LOCAL 342
HEALTH CARE FUND; RICHARD ABONDOLO,
as Chairman of the Board of Trustees of UFCW
LOCAL 342 ANNUITY FUND; RICHARD
ABONDOLO, as Chairman of the Board of
Trustees of UFCW INTERNATIONAL UNION
AND INDUSTRY PENSION FUND; RICHARD
ABONDOLO, as Chairman of the Board of
Trustees of UFCW LOCAL 50 SEVERANCE
FUND; RICHARD ABONDOLO, as Chairman of
the Board of Trustees of UFCW LOCAL 342
SAFETY-EDUCATION-CULTURAL FUND;
RICHARD ABONDOLO, as Chairman of the
Board of Trustees of UFCW LOCAL 342 LEGAL
FUND; and RICHARD ABONDOLO, as Chairman
of the Board of Trustees of UFCW LOCAL 342
INDEPENDENT WELFARE FUND,

      Plaintiffs,

   -against-

SIEGMUND STRAUSS, INC.,

      Defendant.
―――――――――――――――――――――――X

Case No. 07-cv-4850(AKH)(DFE)
ECF CASE

**AFFIDAVIT OF SERVICE OF PETITION TO CONFIRM ARBTRATION AWARD**

STATE OF NEW JERSEY   )
                            ss.:
COUNTY OF UNION     )

Nicole E. Maney, of full age, hereby deposes and says:

1. I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for Plaintiffs in the within action.

1

2. On September 11, 2007, I caused Plaintiffs' Petition to Confirm an Arbitration Award along with exhibits to be timely served upon the following via Federal Express Standard Overnight:

Meltzer Lippe
Richard Howard, Esq.
Attorneys for Defendant,
Siegmund Strauss, Inc.
190 Willis Avenue
Mineola, NY 11501

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated:    September 18, 2007

_____
NICOLE E. MANEY

Sworn and subscribed to before me this 18th day of September, 2007

_____
Notary Public
MY COMMISSION EXPIRES
MAY 25, 2009

2