UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
RICHARD ABONDOLO, as Chairman of the     :
Board of Trustees of UFCW LOCAL 50         :    **ORDER**
WELFARE TRUST FUND, et al.,                      :
                                                                                           :    07 Civ. 4850 (AKH)
                                               Plaintiffs,     :
    -against-                                                 :
                                                                                           :
SIEGMUND STRAUSS, INC.,                          :
                                                      Defendant.     :
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        The law firm of Meltzer, Lippe, Goldstein & Breitsone, LLP, counsel for defendant Siegmund Strauss, Inc., moves to withdraw as counsel, and to stay the proceedings in this case to permit substitution counsel to appear in this action. Substitution counsel for Defendant has not filed a notice of appearance.

        On September 20, 2007, I conducted a brief telephone conference with a Richard M. Howard, a member of Meltzer, Lippe, Goldstein & Breitsone, LLP, and an attorney for Plaintiffs, Andrew J. Calcagno, to discuss counsel's pending motion to withdraw. I informed the parties that Defendant's substitution of counsel should not delay the proceedings in this case. I further stated that I would relieve Mr. Howard and his law firm as counsel to Defendant, and that I would adjust the date by which Defendant must appear and respond to Plaintiffs' petition to confirm an arbitration award, after which date Defendant risks entry of default judgment against it. Accordingly, it is hereby

        ORDERED that the motion to withdraw filed by Meltzer, Lippe, Goldstein & Breitsone, LLP is GRANTED; and it is further

1

2

ORDERED that Plaintiffs' request for a stay of the proceedings in this case is DENIED, except to the extent this Order extends the date by which Defendant must appear and respond to Plaintiffs' petition; and it further

ORDERED that Defendant, by counsel, shall appear in this matter and respond to Plaintiffs' petition within 20 calendar days of this Order, else the Court shall entertain an application for, and likely enter, default judgment for Plaintiffs.

SO ORDERED.

Dated:   September 20, 2007
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge