UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

RICHARD ABONDOLO, as Chairman of the : Case No. 07-cv-4850(AKH)
Board of Trustees of UFCW LOCAL 50 : ECF CASE
WELFARE TRUST FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 PENSION TRUST :
FUND; RICHARD ABONDOLO, as Chairman of :
the Board of Trustees of UFCW LOCAL 342 :
HEALTH CARE FUND; RICHARD ABONDOLO,:
as Chairman of the Board of Trustees of UFCW :
LOCAL 342 ANNUITY FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW INTERNATIONAL UNION :
AND INDUSTRY PENSION FUND; RICHARD :
ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 SEVERANCE :
FUND; RICHARD ABONDOLO, as Chairman of :
the Board of Trustees of UFCW LOCAL 342 :
SAFETY-EDUCATION-CULTURAL FUND; :
RICHARD ABONDOLO, as Chairman of the :
Board of Trustees of UFCW LOCAL 342 LEGAL :
FUND; and RICHARD ABONDOLO, as Chairman :
of the Board of Trustees of UFCW LOCAL 342 :
INDEPENDENT WELFARE FUND, :
:
       Plaintiffs, : **STIPULATION OF DISMISSAL**
   -against- : **PURSUANT TO**
: **FRCVP 41(a)(1)(ii)**
SIEGMUND STRAUSS, INC., :
:
       Defendant. :
―――――――――――――――――――――――X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney for Plaintiffs and the attorney for Defendant that the above-captioned action is dismissed.

-1-

Facsimile signatures on this Stipulation shall be deemed original signatures for all purposes.

_____
ANDREW JOHN CALCAGNO
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
404 Manor Road
Staten Island, New York 10314
(908) 272-7300
Attorneys for Plaintiffs

Date: 12/11/07

_____
ALLEN B. ROBERTS
ESTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant

Date: 6 December 07

So ordered
12.14.07
_____