**MANDATE**

S.D.N.Y. - N.Y.C.
07-cv-4850
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of January, two thousand eight,

Present:

    Hon. Robert A. Katzmann,
                    *Circuit Judge.*

Siegmund Strauss, Inc.,

        *Defendant-Appellant,*

v.                                         07-3422-cv

Richard Abondolo,
as Chairman of the Board of Trustees of UFCW
Local 50 Welfare Trust Fund, *et al.*,

        *Plaintiffs-Appellees.*

This Court has been informed that the attorney of record for the Appellant in this appeal has ceased representing the Appellant, that the appeal may have been settled, and that the district court action from which this appeal was taken has been dismissed by stipulation. However, no pleading, motion or other document has been filed with this Court concerning any of those matters despite the Court's request for the status of the appeal to be confirmed. Thus, the parties are hereby ORDERED to advise the Court in writing, within 15 days of the filing of this order, whether the pending motion to dismiss and/or this appeal should be withdrawn or dismissed on the basis of a settlement, mootness, or any other reason. It is further ORDERED that the Appellant inform the Court of the identity of its current attorney for this appeal. Failure of the parties to respond to this order may result in dismissal of the motion and/or the appeal on default grounds.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *Tammy Martinez*
    DEPUTY CLERK
SAO-AEB

CERTIFIED: 2/26/08